**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GINA ROBINSON,

               Petitioner,                                23 **CIVIL** 10623 (GHW)

     -against-                                   **JUDGMENT**

HON. LYNN R. KOTLER,
               Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated February 28, 2024, Having dismissed Plaintiff's complaint, Plaintiff's motion for summary judgment is also denied as moot. In any case, Plaintiff's motion for summary judgment, and its supporting materials, do not assert any substantively new argument or show any material fact in dispute that might change the Court's analysis as to whether Plaintiff has shown an entitlement to relief. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Judgment is entered in favor of Defendant, and the case is closed.

**Dated**: New York, New York
        February 28, 2024

                                                       **RUBY J. KRAJICK**
                                                        Clerk of Court

                              **BY:**

                                                        **Deputy Clerk**